**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00716-CV

### IN RE VICTOR ENTERPRISES, INC., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-07625-A**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real parties in interest and respondent file their responses to the petition for writ of mandamus, if any, by June 23, 2014.

/s/     DAVID L. BRIDGES
          JUSTICE